WallyW. Wadsworth
606 W. Wheatland Rd., Suite 107
Duncanville, TX 75116
(972) 298-3100
law@wallywadsworth.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                                   CASE NO.: 17-45039-ELM-13

     **FRANK VALADEZ TORRES**
     615 LAZY RIVER DRIVE
     DUNCANVILLE, TX 75116
     SSN/TIN: XXX-XX-0480

     **RACHEL HERNANDEZ TORRES**
     615 LAZY RIVER DRIVE
     DUNCANVILLE, TX 75116
     SSN/TIN: XXX-XX-0569

**DEBTOR(S)   PRE-HEARING CONFERENCE DATE:   FEBRUARY 14, 2020   TIME: 8:30 AM**

**DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

**PLAN MODIFICATION DATE: 1-06-2020**

UNLESS OTHERWISE SET OUT IN THIS *PLAN MODIFICATION*, ALL PROVISIONS, SCHEDULED AMOUNTS, VALUATIONS, INTEREST RATES, MONTHLY PAYMENT AMOUNTS, AND ASSUMPTIONS OR REJECTIONS OF UNEXPIRED LEASES OR EXECUTORY CONTRACTS ("TERMS") ARE NOT MODIFIED AND SHALL REMAIN AS SET FORTH IN THE CHAPTER 13 *PLAN,* THE ORDER CONFIRMING THE CHAPTER 13 *PLAN*, THE ORDER APPROVING THE *TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS*, OR AN ORDER APPROVING A PRIOR MODIFICATION OF THE CHAPTER 13 *PLAN*, WHICHEVER WAS ENTERED LATER. ALL TERMS SHALL BE INCORPORATED IN AND CONSTITUTE PROVISIONS OF THIS *PLAN MODIFICATION*. ALL PARTIES SHALL BE BOUND BY THE TERMS OF THIS *PLAN MODIFICATION* UNLESS DISAPPROVED. LANGUAGE IN ITALICIZED TYPE IN THIS *PLAN MODIFICATION* IS DEFINED IN GENERAL ORDER 2017-01 STANDING ORDER CONCERNING CHAPTER 13 CASES AND AS IT MAY BE SUPERSEDED OR AMENDED ("GENERAL ORDER"). ALL PROVISIONS OF THE GENERAL ORDER SHALL APPLY TO THIS *PLAN MODIFICATION* AS IF FULLY SET OUT HEREIN.

     Pursuant to 11 U.S.C. §1329 *Debtor* requests the following modification(s) to the *Debtor's* Chapter 13 *Plan*.

     **I.**     **REASON(S) FOR MODIFICATION**

   X   1. Cure *Plan* arrears to the *Trustee.*
       2. Provide for or modify treatment of a Secured (paragraph V) and/or Priority (paragraph VI) claim.
       3. Provide for payment to the *Mortgage Lender* through the *Conduit Program* (paragraph III).
       4. Cure any post-petition *Mortgage Arrearage* (paragraph IV).
       5. Make *Plan* sufficient based on allowed claims.
       6. Modify the Unsecured Creditors' Pool from $_____ to $_____.
       7. Modify the value of non-exempt property from $_____ to $_____.
       8. Supersede an Interlocutory Order (Docket #_).
   X   9. Allow Debtor's counsel's fees for this modification (paragraph VII).
       10. Other:_____.

**II. NEW *PLAN PAYMENT* TO *TRUSTEE* AMOUNT AND TERM**

DATE OF CALCULATION:    01-06-2020

TOTAL PAID IN*:    $ 9,876.00

*Provide the total amount paid to the *Trustee* as of the Date of Calculation less any refunds by the Trustee to the *Debtor*.

The *Plan Payment(s)* to the *Trustee* shall be changed to:

| Start Date** (MM/DD/YY) | Number of Periods | *Plan Payment* Monthly Amount |
|---|---|---|
| January 13, 2020 | 36 | $451.00 |
|  |  |  |

NEW *BASE AMOUNT*: $ 26,112.00

***DEBTOR'S* NEW *PLAN PAYMENT* START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION* AND MUST BE THE SAME DAY OF THE MONTH THAT THE *DEBTOR'S PLAN PAYMENT* IS DUE UNDER THE CONFIRMED *PLAN*.

**III. CURRENT POST-PETITION MORTGAGE PAYMENTS TO BE DISBURSED BY THE *TRUSTEE***

| *Mortgage Lender* | Current Mortgage Payment Amount | Date to Resume *Current Post-Petition Mortgage Payments** (MM/DD/YY) |
|---|---|---|
|  |  |  |
|  |  |  |

*IF THE *DEBTOR* DOES NOT INCLUDE A DATE TO RESUME THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* IN A CASE THAT IS A CONDUIT CASE AT THE TIME THIS *PLAN MODIFICATION* IS FILED, THE DATE TO RESUME DISBURSING THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* SHALL BE THE FIRST DAY OF THE SECOND MONTH FOLLOWING THE START DATE OF THE FIRST *PLAN PAYMENT* UNDER THIS *PLAN MODIFICATION*.

1. *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph III of this *Plan Modification* or as otherwise provided in the General Order.
2. *Current Post-Petition Mortgage Payment* Arrearages due as of the date to resume the *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph IV of this *Plan Modification* or as otherwise provided in the General Order.
3. Any *Current Post-Petition Mortgage Payments* indicated herein reflects what the *Debtor* believes are the periodic payment amounts owed to the *Mortgage Lender*.
4. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order Paragraph 15(c)(3).
5. Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.
6. Upon completion of all *Plan Payments*, *Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.
7. Unless otherwise ordered by the Court, if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s)

due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.
8. Each claim secured by the *Debtor's* principal place of residence shall constitute a separate class.
9. *Mortgage Lenders* shall retain their liens.

### *IV.* PROVIDE FOR ANY POST-PETITION *MORTGAGE ARREARAGE*

| *Mortgage Lender* | Total Amount of Post-Petition *Mortgage Arrearage* | Due Date(s) (MM/DD/YY) | Interest Rate | Treatment ($/Mo or Pro Rata) |
|---|---|---|---|---|
| | | | | |
| | | | | |

The Post-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the first day of the month that an order is entered approving this *Plan Modification*.

ANY CURRENT POST-PETITION *MORTGAGE PAYMENTS* WHICH HAVE BECOME DUE TO THE *MORTGAGE LENDER* AS OF THE TIME OF THE DATE TO RESUME *CURRENT POST-PETITION MORTGAGE PAYMENTS* UNDER THIS *PLAN MODIFICATION* WILL BE CLASSIFIED AS A POST-PETITION *MORTGAGE ARREARAGE*. IF DESIGNATED TO BE PAID PER-MO, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 5 CLAIM UNDER THE ORDER OF PAYMENT. IF DESIGNATED TO BE PAID PRO-RATA, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 6 CLAIM UNDER THE ORDER OF PAYMENT.

### V. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS

| Creditor Name | Claim Amount | Collateral Description | Value of Collateral | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by any *Surrendered Collateral* (Surr), without further order of the court, pursuant to the General Order.

### VI. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS

| Creditor Name | Claim Amount | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|
| | | | |
| | | | |

### VII. *DEBTOR'S COUNSEL'S* FEE FOR THIS MODIFICATION

| Total Amount of Fee | Amount of Fee Paid Direct | Amount of Fee to Be Disbursed by *Trustee* |
|---|---|---|
| 400.00 | | 400.00 |

Any additional attorney fee to be disbursed by the *Trustee* will be paid as set out in the Order of Payment.

**VIII. ORDER OF PAYMENT**

Unless otherwise ordered by the Court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an Order of Confirmation of the Chapter 13 *Plan*, whether pursuant to this *Plan Modification* or a further modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized. Each numbered paragraph below is a level of payment. All disbursements which are in a specified monthly amount are referred to as "per mo." At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis. Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st – Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees will be paid in full.
2nd – *Current Post-Petition Mortgage Payments* (as adjusted, if necessary, per General Order) which will be paid per mo. 3rd – Secured Creditors designated to be paid per mo and Domestic Support Obligations which will be paid per mo.
4th – Attorney Fees which will be paid pro-rata.
5th – Post-Petition *Mortgage Arrearage* if designated to be paid per mo. 6th –
Post-Petition *Mortgage Arrearage* if designated to be paid pro-rata.
7th – Arrearages owed on Executory Contracts and Unexpired Leases which will be paid per mo. 8th
– Pre-Petition *Mortgage Arrearage* if designated to be paid per mo.
9th – Pre-Petition *Mortgage Arrearage* and Secured Creditors if designated to be paid pro-rata.
10th – All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges* which will be paid pro-rata. 11th
– Priority Creditors Other than Domestic Support Obligations which will be paid pro-rata.
12th – Special Class Creditors which will be paid per mo.
13th – Unsecured Creditors other than late filed or penalty claims which will be paid pro-rata.
14th – Late filed claims by Secured Creditors which will be paid pro-rata unless otherwise ordered by the Court. 15th
– Late filed claims for DSO or filed by Priority Creditors which will be paid pro-rata.
16th – Late filed claims by Unsecured Creditors which will be paid pro-rata.
17th – Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims which will be paid pro- rata.

**IX. PROVISIONS FROM PRIOR *PLAN(S)***

All other provisions as set forth in the last confirmed *Plan* or last subsequently approved *Plan Modification* remain the same.

Date: 1-06-2020                              Respectfully submitted,

                                   By:    /s/ Wally W. Wadworth
                                          Debtor's Attorney
                                          Bar No. MS100542
                                          606 W. Wheatland Rd., Suite 107
                                          Duncanville, TX
                                          (972) 298-3100
                                          (972) 298-3333
                                          law@wallywadsworth.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk on all other parties entitled to electronic notice on the date of filing hereof.

Date Served: 1-06-2020                            /s/ Wally. W. Wadsworth
                                                                         Attorney for Debtor

```
Label Matrix for local noticing          U.S. Attorney                             U.S. Attorney General
0539-4                                    1100 Commerce, 3rd Floor                 Department of Justice
Case 17-45039-rfn13                       Dallas, TX 75242-1074                    Washington, DC 20001
Northern District of Texas
Ft. Worth
Thu Jan  4 19:19:29 CST 2018

501 W. Tenth Street                       American Credit Accept                   Attorney General  of Texas
Fort Worth, TX 76102-3637                 961 E Main St                            Collections Div- Bankruptcy Sec
                                          Spartanburg, SC 29302-2185               P O Box 12548
                                                                                   Austin, TX 78711-2548


Attorney General Child Support            Attorney General of Texas- Child Support Capital One Auto Finan
Attn: Bankruptcy                          Bankruptcy Reporting Contact             3901 Dallas Pkwy
PO Box 12017 credit Group                 OAG- CSD- Mail Cod 38                    Plano, TX 75093-7864
Austin, TX 78711-2017                     PO Box 12017
                                          Austin, TX 78711-2017


Capitalone                                Charleton Methodist Hospital             Covington Credit
Po Box 30281                              3450 W. Wheatland Rd.                    318 W. Jefferson St.
Salt Lake City, UT 84130-0281             Dallas, TX 75237-3470                    Dallas, TX 75208-4601



Covington Credit-smc                      EECU                                     Fed Loan Serv
318 W. Jefferson St.                      Po Box 1777                              Po Box 60610
Dallas, TX 75208-4601                     Fort Worth, TX 76101-1777                Harrisburg, PA 17106-0610



I C System Inc                            Internal Revenue Service                 Law Office of Wally W. Wadsworth
Po Box 64378                              Special Procedures - Insovlency          606 W. Wheatland Rd.
Saint Paul, MN 55164-0378                 PO Box 7346                              Suite 107
                                          Philadelphia, PA 19101-7346              Duncanville, TX 75116-4570


Methodist Health system                   Mrs Bpo Llc                              Oak Cliff Finance
1441 N. Beckley AVE.                      1930 Olney Ave                           2632 S. Hampton Rd.
Dallas, TX 75203-1201                     Cherry Hill, NJ 08003-2016               Dallas, Tx 75224-2326



Santander Consumer Usa                    Security Service Fcu                     Speedy Cash
Po Box 961245                             16211 La Cantera Pkwy                    2601 Hampton Rd.
Ft Worth, TX 76161-0244                   San Antonio, TX 78256-2421               Dallas, TX 75224-2325



Texas Alcoholic Beverage Commission       (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  Texas Workforce Commission
Licenses and Permit Division              REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION PO Box 149352
PO Box 13127                              PO BOX 13528                             Austin, TX. 78714-9352
Austin, TX 78711-3127                     AUSTIN TX 78711-3528



United Auto Credit Co                     United States Attorney General           United States Trustee
1071 Camelback St Ste 10                  Department of Justice                    1100 Commerce Street
Newport Beach, CA 92660-3046              Washington, DC 20001                     Room 976
                                                                                   Dallas, TX 75242-0996
```

```
United States Trustee              Wf-efs                          Frank Valadez Torres
1100 Commerce , Room9C60           Po Box 5185                     615 Lazy River Drive
Dallas, TX 75242-9998              Sioux Falls, SD 57117-5185      Duncanville, TX 75116-3518



Pam Bassel                         Rachel Hernandez Torres         Wally Woodrow Wadsworth
7001 Blvd 26                       615 Lazy River Drive            Wadsworth Law Firm
Suite 150                          Duncanville, TX 75116-3518      606 W. Wheatland Rd.
North Richland Hills, TX 76180-8811                                Suite 107
                                                                   Duncanville, TX 75116-4570
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Comptroller of Public Accounts    End of Label Matrix
PO Box 13528                            Mailable recipients    35
Capitol Station                         Bypassed recipients     0
Austin, Texas 78711-3528                Total                  35
```